# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRANDIE EDWARDS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 20 cv 4128 |
| ) | |
| v. ) | Honorable Sharon Johnson Coleman |
| ) | |
| THORNTON FRACTIONAL TOWNSHIP ) | Magistrate Judge Heather K. McShain |
| HIGH SCHOOL DISTRICT #215, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILILNG

TO: Darcee C. Williams
Lynn Himes
HIMES, PETRATCA & FESTER, CHTD.
180 N. Stetson Suite 3100
Chicago, IL 60601
(312) 565-3100

  **PLEASE TAKE NOTICE** that on December 4, 2020, the undersigned electronically filed with the Clerk of this Court**, JOINT STATUS REPORT** the service of which is being made upon you.

                   s/Jaclyn N. Diaz

## CERTIFICATE OF SERVICE

  I, Jaclyn N. Diaz, an attorney, under penalty of perjury, and state that on December 4, 2020, service is being made in accordance with the General Order on Electronic Case Filing section XL.

                   s/Jaclyn N. Diaz

ED FOX & ASSOCIATES, Ltd.
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877
jdiaz@efoxlaw.com